UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC ROGERS,

                Plaintiff,

    - against -

SOHO SUSHI, INC. AND ANDRE GRABOWICZ,

                Defendants.

**ORDER**

19 Civ. 5081 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the parties submit a status letter and Case Management Plan for this action in accordance with the Individual Rules of Practice of Judge Paul G. Gardephe VII. B. no later than November 30, 2020.

        It is further ORDERED that the status conference scheduled for November 19, 2020 is adjourned to December 10, 2020 at 9:45 a.m.

Dated:  New York, New York
          November 19, 2020

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge